## Rima RAULINAITIS, Sigitas Raulinaitis, Plaintiffs-Appellants,

v.

## LOS ANGELES COUNTY SHERIFFS DEPARTMENT, Defendant-Appellee.

### No. 12-56508

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 07, 2016

Jonathan Birdt, Law Office of Jonathan W. Birdt, Porter Ranch, CA, for Plaintiffs-Appellants.

Edward Hsu, Jennifer Ann Delgado Lehman, Lana Choi, Alexandra Zuiderweg, Los Angeles County Counsel, Los Angeles, CA, for Defendant-Appellee.

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

### MEMORANDUM **

Rima and Sigitas Raulinaitis appeal from the district court's summary judgment in their 42 U.S.C. § 1983 action alleging violations of their Second Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Peruta v. County of San Diego*, 824 F.3d 919, 925 (9th Cir. 2016) (*en banc*), and we affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

In *Peruta v. San Diego*, this court, sitting en banc, held that a member of the general public does not have a right under the Second Amendment to carry a concealed firearm in public, and that a state may impose restrictions, including a showing of good cause, on concealed carry. *Id.* at 939. The San Diego and Yolo County Sheriff's Department policies interpreting the California statutory good cause requirement at issue in *Peruta* therefore survived a Second Amendment challenge. *Id.* For the same reasons, the Los Angeles County Sheriff's Department's policies interpreting the California statutory good cause requirement do not violate the Second Amendment.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.